## JOHNSON v. IBM

No. 186P90

Case below: 97 N.C.App. 493
327 N.C. 429

Motion by plaintiff for reconsideration of petition for discretionary review denied 2 May 1991.

## JONES COOLING & HEATING v. BOOTH

No. 510P90

Case below: 99 N.C.App. 757

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 2 May 1991.

## LAUGHINGHOUSE v. STATE EX REL. PORTS RAILWAY COMM.

No. 79P91

Case below: 101 N.C.App. 375

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 2 May 1991.

## LUTZ v. LUTZ

No. 100P91

Case below: 101 N.C.App. 298

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 2 May 1991.

## N.C. FARM BUREAU MUT. INS. CO. v. STOX

No. 124A91

Case below: 101 N.C.App. 671

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 allowed 2 May 1991.